[Nos. 23115–4–I; 23194–4–I; 23197–9–I.   Division One.   April 23, 1990.]

GRANGE INSURANCE ASSOCIATION, *Respondent,* v. REGINA CHAMBERS, *Defendant,* KERRY E. LYNN, ET AL, *Appellants.*

GRANGE INSURANCE ASSOCIATION, *Respondent,* v. REGINA CHAMBERS, *Appellant.*

GRANGE INSURANCE ASSOCIATION, *Respondent,* v. REGINA CHAMBERS, ET AL, *Defendants,* SHORELINE SCHOOL DISTRICT No. 412, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 87–2–12196–8, Stephen M. Reilly, J., entered October 3, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Webster, JJ.

[No. 23599–1–I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN JEFFREY HOWARD, ET AL, *Defendants,* DARYL PAUL GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04937–6, Patricia H. Aitken, J., entered December 29, 1988. *Affirmed* by unpublished opinion, as amended by an order granting reconsideration dated July 18, 1990, per Pekelis, J., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 23503–6–I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BERKLEY JOHN PROFFITTI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03504–7, Sharon S. Armstrong, J., entered January 4, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Scholfield, JJ.